IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TARIQ QAADIR BAILEY,

      Plaintiff,

    v.

NAPOLEON, *Corrections Lieutenant*;
HAINES, *Corrections Officer*;
VANDIVNER, *Corrections Officer*; AND
GERBER, *Unit Manager*;

      Defendants.

2:23-CV-00499-CCW-PLD

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 4, 2024, the Magistrate Judge issued a Report, ECF No. 39, recommending that the Complaint, ECF No. 10, be dismissed with prejudice for failure to prosecute. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Complaint, ECF No. 10, is **DISMISSED WITH PREJUDICE**, and the Magistrate Judge's Report and Recommendation, ECF No. 39, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 24th day of April, 2024.

BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge


cc (via ECF email notification):

All Counsel of Record


cc (via United States Mail):

Tariq Qaadir Bailey
JH-2163
SCI Greene
169 Progress Drive
Waynesburg, PA 15370

Pro se